JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANNA DAVTYAN, an individual,
Plaintiff,

v.

JOSEPH B. EDLOW, et al.;

Defendants.

*- *Pursuant to FRCP 25(d) Director Joseph B. Edlow is substituted for former Director Ur Mendoza Jaddou*

No. 2:24-cv-01929-CBM-PD

**ORDER RE: JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii) [29]**

Honorable Consuelo B. Marshall
United States District Judge

Having read and considered the Joint Stipulation to Dismiss Action Pursuant to FRCP 41(a)(1)(A)(ii) submitted by the parties, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. The above-captioned action is DISMISSED with prejudice in its entirety as to all Defendants; and
2. Each Party shall bear its own costs of suit, expenses, and attorneys' fees, including any claim under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: July 23, 2026

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE